**Order filed, June 3, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00371-CV

_____

### GUADALUPE  TREVINO, Appellant

### V.

### CITY OF HOUSTON, Appellee

---

**On Appeal from the County Civil Court at Law No 4
Harris County, Texas
Trial Court Cause No. 1112394**

---

## ORDER

The reporter's record in this case was due **May 31, 2019**.  _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Alexandra McDaniel**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM